

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NINE MILE CANYON COALITION, SOUTHERN UTAH WILDERNESS ALLIANCE, and THE WILDERNESS SOCIETY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MIKE STIEWIG, in his official capacity as the Associate Manager of the Price Field Office of the Bureau of Land Management, THE UNITED STATES DEPARTMENT OF THE INTERIOR; and THE BUREAU OF LAND MANAGEMENT<br><br>　　　　　　Defendants,<br><br>and<br><br>BILL BARRETT CORPORATION,<br><br>　　　　　　Intervener-Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Honorable Dee Benson<br><br>Civil Nos. 2:08 CV586 DB |

Pursuant to the stipulation of the parties and for good cause appearing, it is hereby ORDERED AND ADJUDGED that plaintiffs' claims against defendant United States are dismissed with prejudice. The parties shall bear their own respective costs and fees.

//

//

DATED this 31st day of March, 2010.

BY THE COURT:

_____
DEE BENSON, Judge
United States District Court